UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

BROOKE NICOLE DAMIAN                                                                                      PLAINTIFF

v.                                              No. 2:19-CV-02056

DEPUTY CHINA WEBB (Sebastian County
Detention Center)                                                                                         DEFENDANT

## ORDER

The Court has received a report and recommendation (Doc. 71) from Chief United States Magistrate Judge Mark E. Ford. Plaintiff has not filed objections and the deadline to object has passed. The Magistrate recommends that summary judgment be granted on Plaintiff's claims against Defendant Webb in her official capacity. The Magistrate further recommends that Plaintiff's claims against Defendant Webb in her personal capacity should remain for further review. The Court has carefully reviewed the report and recommendation and agrees with the Magistrate Judge.

IT IS THEREFORE ORDERED that the report and recommendation (Doc. 71) is ADOPTED IN FULL. Plaintiff's claims against Defendant Webb in her official capacity are DISMISSED WITH PREJUDICE as recommended by the Chief Magistrate Judge. Plaintiff's other claims remain pending, and this case remains referred.

IT IS SO ORDERED this 27th day of October, 2021.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE