UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

BROOKE NICOLE DAMIAN                                                          PLAINTIFF

v.                                      No. 2:19-CV-02056

DEPUTY CHINA WEBB                                                            DEFENDANT

## ORDER

The Court has received a report and recommendations (Doc. 76) from Chief United States Magistrate Judge Mark E. Ford.  No objections were filed and the deadline to file objections has passed.  The Magistrate recommends that default judgment be entered in favor of Plaintiff against Defendant China Webb in the amount of $5,000.00 plus $70.40 in costs[1].  The report and recommendations is proper, contains no clear error, and is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that Plaintiff is entitled to $5,070.40 and judgment will be entered separately.

IT IS SO ORDERED this 10th day of January, 2022.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE

---

[1] Plaintiff is entitled to recover $70.40 in costs, which is the total Plaintiff paid towards the $350 filing fee pursuant to the order (Doc. 3) granting Plaintiff's motion for leave to proceed in forma pauperis.  The unpaid remainder of the filing fee is waived.